# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

Frank L. Shernoff,

                Plaintiff,

     -v-

Bruce Soden, Greene, Hershdorfer & Sharpe,
and Sutton Investing Corp.,

                Defendants.

CIVIL JUDGMENT
5:05-CV-1276

**FILED SEP 28 2006** — Lawrence K. Baerman, Clerk - Syracuse

**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff's motion for summary judgment is denied; that defendants' cross motion for summary judgment is granted; and the action is dismissed in its entirety with prejudice

September 28, 2006
Date

LAWRENCE K. BAERMAN
Clerk

*Judi L. Roberts* (signature)
Judi L. Roberts.
Deputy Clerk